PEOPLE *v.* SHEPPARD

Appeal from Recorder's Court of Detroit, Joseph E. Maher, J.  Submitted Division 1 May 6, 1970, at Detroit.  (Docket No. 7,490.)  Decided December 3, 1970.

James Sheppard was convicted of larceny in a building.  Defendant appeals.  Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Angelo A. Pentolino,* Assistant Prosecuting Attorney, for the people.

*M. Hector Cisneros,* for defendant on appeal.

Before: V. J. BRENNAN, P. J., and McGREGOR and AGER,* JJ.

PER CURIAM.  Defendant was found guilty by a jury of the crime of larceny in a building and was sentenced to a term of two to four years in prison. MCLA § 750.360 (Stat Ann 1954 Rev § 28.592).  On appeal, defendant questions the sufficiency of the evidence offered by the people in support of the jury's verdict of guilty.  An examination of the

---

* Circuit judge, sitting on the Court of Appeals by assignment.

record on appeal convinces this Court that there was ample evidence to support the jury's finding of the defendant guilty beyond a reasonable doubt. *People* v. *Szymanski* (1948), 321 Mich 248; *People* v. *Clifford Jordan* (1969), 19 Mich App 356; *People* v. *Ford* (1969), 19 Mich App 519.

Affirmed.